# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                        Bankruptcy No. 10-22092-GLT

Michael Vinsick,

                           Chapter 13

Debtor(s)

## NOTICE OF CHANGE OF ADDRESS

Undeliverable Address

     Name:      Protocol Recovery Service, Inc.
                        509 Mercer Avenue
                        Panama City, FL 32401-2631

Corrected Address:

     Name:      Protocol Recovery Service, Inc.
                        655 Molly Lane, Suite 120
                        Woodstock, GA 30189

                                                  /s/David A. Colecchia, Esquire

Dated: October 29, 2017              Electronic Signature of Debtor(s)' Attorney
                                               Law Care
                                               David A. Colecchia and Associates
                                               324 South Maple Ave.
                                               Greensburg, PA 15601
                                               724-837-2320
                                               PA Bar I.D. 71830
                                               dcolecchia@my-lawyers.us