# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                   Bankruptcy No. 10-22092-GLT

Michael Vinsick,

                                                   Chapter 13

Debtor(s)

## NOTICE OF
## CHANGE OF ADDRESS

Undeliverable Address

     Name:             National City Bank
                            Attn.: Bankruptcy
                            400 West Fourth Street
                            Royal Oak, MI 48067-2557

Corrected Address:

     Name:             National City Bank
                            1900 East Ninth Street
                            Cleveland, OH 44114-3484

                                                   /s/David A. Colecchia, Esquire

Dated: October 29, 2017                 Electronic Signature of Debtor(s)' Attorney
                                                   Law Care
                                                   David A. Colecchia and Associates
                                                   324 South Maple Ave.
                                                   Greensburg, PA 15601
                                                   724-837-2320
                                                   PA Bar I.D. 71830
                                                   dcolecchia@my-lawyers.us