# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Michael Vinsick,<br><br>Debtor(s) | Bankruptcy No. 10-22092-GLT<br><br>Chapter 13 |

## NOTICE OF NAME AND CHANGE OF ADDRESS

Undeliverable Address

    Name:    Northstar Location Services
                     P.O. Box 2157
                     Williamsville, NY 14231

Corrected Address:

    Name:    The Northstar Companies
                     4285 Genesee Street
                     Cheektowaga, NY 14225

Dated: October 31, 2017

/s/David A. Colecchia, Esquire
Electronic Signature of Debtor(s)' Attorney
Law Care
David A. Colecchia and Associates
324 South Maple Ave.
Greensburg, PA 15601
724-837-2320
PA Bar I.D. 71830
dcolecchia@my-lawyers.us