# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  Bankruptcy No. 10-22092-GLT

Michael Vinsick,

Chapter 13

Debtor(s)

## NOTICE OF
## CHANGE OF ADDRESS

Undeliverable Address

    Name:    Weltman Weinberg & Reis Company
175 South Third Street, Suite 900
Columbus, OH 43215-5106

Corrected Address:

    Name:    Weltman, Weinberg & Reis
323 West Lakeside Avenue, Suite 200
Cleveland, OH 44113-1009

/s/David A. Colecchia, Esquire

Dated: October 31, 2017    Electronic Signature of Debtor(s)' Attorney
Law Care
David A. Colecchia and Associates
324 South Maple Ave.
Greensburg, PA 15601
724-837-2320
PA Bar I.D. 71830
dcolecchia@my-lawyers.us