# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  Bankruptcy No. 10-22092-GLT

Michael Vinsick,

Chapter 13

Debtor(s)

### NOTICE OF NAME AND CHANGE OF ADDRESS

Undeliverable Address

    Name:    Wilshire Credit Corporation
P.O. Box 8517
Portland, OR 97207-8517

Corrected Address:

    Name:    IBM Lender Business Process Services, Inc.
New Orchard Road
Armok, NY 10504

Dated: October 31, 2017

/s/David A. Colecchia, Esquire
Electronic Signature of Debtor(s)' Attorney
Law Care
David A. Colecchia and Associates
324 South Maple Ave.
Greensburg, PA 15601
724-837-2320
PA Bar I.D. 71830
dcolecchia@my-lawyers.us