## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              Bankruptcy No. 10-22092-GLT

Michael Vinsick,

                                                    Chapter 13

Debtor(s)

## NOTICE OF
## CHANGE OF ADDRESS

Undeliverable Address

    Name:          Credit Control LLC
                       245 Esat Roselawn
                       Maplewood, MN 55117-1988

Corrected Address:

    Name:          Credit Control LLC
                       5757 Phantom Drive, Suite 330
                       Hazelwood, MO 63042

/s/David A. Colecchia, Esquire

Dated: November 1, 2017          Electronic Signature of Debtor(s)' Attorney
Law Care
David A. Colecchia and Associates
324 South Maple Ave.
Greensburg, PA 15601
724-837-2320
PA Bar I.D. 71830
dcolecchia@my-lawyers.us