# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                        Bankruptcy No. 10-22092-GLT

Michael Vinsick,

                                 Chapter 13

Debtor(s)

## NOTICE OF CHANGE OF ADDRESS

Undeliverable Address

     Name:         Law Office of Harrison Ross Byck
                        229 Plaza Boulevard, Suite 112
                        Morrisville, PA 19067-7601

Corrected Address:

     Name:         Law Office of Harrison Ross Byck
                        Kasuri Byck LLC
                        340 US 1 North
                        Edison, NJ 08817

                                                  /s/David A. Colecchia, Esquire

Dated: November 1, 2017                Electronic Signature of Debtor(s)' Attorney
                                                  Law Care
                                                  David A. Colecchia and Associates
                                                  324 South Maple Ave.
                                                  Greensburg, PA 15601
                                                  724-837-2320
                                                  PA Bar I.D. 71830
                                                  dcolecchia@my-lawyers.us