IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Michael Vinsick,<br><br>      Debtor,<br><br>Michael Vinsick,<br>      Movant,<br>   v.<br>Academy Collection Service, Inc.<br>AES AES/PHEAA AllianceOne<br>American Education Services<br>American Express Cach LLC<br>Capital Management Services, Caliber Home Loans<br>Capital One Bank Capital One Bank<br>(USA), N.A. by American Infosource<br>LP as Agent Community Bank<br>CR Evergreen, LLC Credit Control, LLC<br>Department of Community & Economic<br>Development ECMC Ethan & Associates<br>Fayette County Tax Claim Bureau<br>First Commonwealth Bank<br>c/o McGrath Law Group, P.C.<br>First Commonwealth Bank<br>Frazier SD/Perry Twp<br>Southwest Regional Tax Bureau<br>c/o Donald J. McCue, Esq.<br>GE Capital Financial Inc. GE Money<br>Bank, Greene County Messenger<br>Greene County Tax Claim Bureau<br>HSBC Mortgage Services<br>Jefferson Capital Systems LLC<br>Law Office of Harrison Ross Byck, Esq.<br>Law Office of James A West, P.C.<br>Law Office of Richard Clark, PLLC<br>Linebarger Goggan Blair & Sampson<br>LVNV Funding LLC McCarthy, Burgess<br>& Wolff Midland Funding LLC<br>by American InfoSource LP as agent<br>MX Energy National City Bank<br>National Enterprise Systems<br>Northland Group Northstar<br>Location Services Nudelman, Nudelman<br>& Ziering Observer Publishing Company<br>PA Dept of Community & Economic Development<br>Penn Credit Corporation Pennsylvania<br>Department of Revenue PNC BANK<br>PNC Bank, National Association<br>c/o Nadia Bonsignore | Bankruptcy No. 10-22092-GLT<br>Chapter 13<br><br><br>Docket Document No. 230<br>Related to DD No. 229 |

Portfolio Investments I LLC
c/o Recovery Management Systems Corp
Portfolio Recovery Associates, LLC.
Protocol Recovery Service, Inc.
Recovery Management Systems Corporation
Redline Recovery Services, LLC
S&T Bank Vericrest Financial, Inc.
FKA the CIT Group
Wells Fargo Bank Wells Fargo Bank,
N.A. Weltman Weinberg & Reis, Co.
Wheeling Hospital Wilshire Credit
Corporation, Ronda Winnecour Chapter
13 Trustee, Office of the United States Trustee,
   Respondents,

## Certificate of Service

  I certify under penalty of perjury that I served the Default Order executed at Document 229 on the parties at the addresses specified below on November 22, 2017.
  The types of service made on the parties were Prepaid United States First Class Mail with Return Service Requested except for Caliber Home Loans which was served USPO Certified Mail with Green Card requested.

AES
P.O. Box 2461
Harrisburg, PA 17105-2461

AES/PHEAA
P.O. Box 8147
Harrisburg, PA 17105-8147

Academy Collection Service
10965 Decatur Road
Philadelphia, PA 19154-3210

Alliance One
4850 Street Road, Suite 300
Trevose, PA 19053-6643

American Education Services
1200 North Seventh Street
Harrisburg, PA 17102-1444

American Express
P.O. Box 6618
Attn.: Bankruptcy
Omaha, NE 68106-0618

Beneficial Consumer Discount Company
14841 Dallas Parkway, Suite 300
Dallas, TX 75254-7883

CR Evergreen LLC, MS 500
P.O. Box 91121
Seattle, WA 98111-9211

Cach LLC
Attn.: Bankruptcy
4340 South Monaco Street, 2nd Floor
Denver, CO 80237-3485

Caliber Home Loans
Attn.: Sanjiv Das, CEO
3701 Regent Boulevard
Irving, TX 75063

Capital Management Services
726 Exchange Street, Suite 700
Buffalo, NY 14201-1464

Capital One Bank (USA) N.A.
By American Infosource LP As agent
P.O. Box 71083
Charlotte, NC 28272-1083

Community Bank
90 West Chestnut Street, Suite 100
Washington, PA 15301-4524

Credit Control LLC
5757 Phantom Drive, Suite 330
Hazelwood, MO 63042

Department of Community & Economic Development
400 North Street, 4th Floor
Harrisburg, PA 17120-0001

ECMC
Educational Credit Management Corporation
P.O. Box 16408
St. Paul, MN 55116-0408

Ethan & Associates
800 North Causeway Boulevard, 3rd Floor
Mandeville, LA 70448-4664

Fayette County Tax Claim Bureau
61 East Main Street
Uniontown, PA 15401-3514

Frazier SD/Perry Township
Southwest Regional Tax Claim Bureau
c/o Donald McCune, Esquire
813 Blackstone Road
Connellsville, PA 15425-2901

GE Capital Finance Incorporated
P.O. Box 103104
Roswell, GA 30076-9104

GE Money Bank
Portfolio Investments I LLC
c/o Recovery Management Systems Corporation
25 Southeast 2nd Avenue, Suite 1120
Miami, FL 33131-1605

KML Law Group, P.C.
Attn.: Andrew F. Gornall
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

Greene County Messenger
75 East High Street
Waynesburg, PA 15370-1853

Greene County Tax Claim Bureau
Greene County Office Building, 1st Floor
93 East High Street
Waynesburg, PA 15370-1839

Jefferson Capital Systems, LLC
P.O. Box 7999
Saint Cloud, MN 56302-7999

LVNV Funding LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29602-0587

Law Office of Harrison Ross Byck, Esquire
Kasuri Byck LLC
340 U.S. 1 North
Edison, NJ 08817

Law Office of James A. West, P.C.
6380 Rogerdale, Suite 130
Houston, TX 77072-1624

Law Office of Richard Clark, P.C.
3030 South Gessner, Suite 200
Houston, TX 77063-3733

Lineberger Goggan Blair & Sampson
P.O. Box 90128
Harrisburg, PA 17109-0128

MX Energy
P.O. Box 4911
Houston, TX 77210-4911

McCarthy, Burgess & Wolfe
26000 Cannon Road
Cleveland, OH 44146-1808

Midland Funding LLC
By American InfoSource LP as agent
P.O. Box 4457
Houston, PA 77210-4457

National City Bank
1900 East Ninth Street
Cleveland, OH 44114-3484

National Enterprises Systems
29125 Solon Road
Solon, OH 44139-3442

Northland Group
P.O. Box 390905
Minneapolis, MN 55439-0905

The Northstar Companies
4285 Genesee Street
Cheektowaga, NY 14225

Nudelman, Nudelman & Ziering
425 Eagle Rock Avenue
Roseland, NJ 07068-1787

Observer Publishing Company
122 South Main Street
Washington, PA 15301-4904

PA Department of Community & Economic Development
P.O. Box 884
Harrisburg, PA 17108-0884

PNC Bank
P.O. Box 94982
Cleveland, OH 44101-4982

PNC Bank
Attn.: Bankruptcy
2730 Liberty Avenue
Pittsburgh, PA 15222-4747

PNC Bank, N.A.
c/o Nadia Bonsignore
1600 Market Street, 11th Floor
Philadelphia, PA 19103-7243

PRA Receivables Management LLC
P.O. Box 41067
Norfolk, VA 23541-1067

Penn Credit Corporation
P.O. Box 988
Harrisburg, PA 17108-0988

Pennsylvania Department of Revenue
P.O. Box 280905
Harrisburg, PA 17128-0905

Pennsylvania Department of Revenue
Department 280946
P.O. Box 280946
Attn.: Bankruptcy Division
Harrisburg, PA 17128-0946

Protocol Recovery Service Inc.
655 Molly Lane, Suite 120
Woodstock, GA 30189

Redline Recovery Services, LLC
6201 Bonhomme Road, Suite 100S
Houston, TX 77036-4379

Michael D. Vinsick
228 Nemacolin Road
Carmichaels, PA 15320-1124

IBM Lender Business Process Services, Inc.
New Orchard Road
Armok, NY 10504

Wells Fargo Bank
P.O. Box 4233
Portland, OR 97208-4233

Wells Fargo Bank, N.A.
P.O. Box 14469
MAC X2303-01A
Des Moines, IA 50306-3469

Weltman Weinberg & Reis Company
323 West Lakeside Avenue, Suite 200
Cleveland, OH 44113-1009

Wheeling Hospital
P.O. Box 644106
Pittsburgh, PA 15264-4106

Office of the U.S. Trustee, Suite 970
Liberty Center, 1001 Liberty Avenue
Pittsburgh, PA 15222

Office of the Chapter 13 Trustee
600 Grant Street, Suite 3250
Pittsburgh, PA 15219

**Parties served electronically by the Court are:**

Hilary B. Bonial on behalf of Creditor HSBC Mortgage Services
notice@bkcylaw.com

Sherri J. Braunstein on behalf of Creditor Vericrest Financial Inc. f/k/a The CIT Group/Sales Financing Inc. as Servicer for The Bank of New York Mellon f/k/a The Bank of New York on behalf of CIT Mortgage Loan Trust 2007-1
sbraunstein@udren.com, cblack@udren.com

Marisa Myers Cohen on behalf of Creditor Household Finance Consumer Discount Company
mcohen@mwc-law.com

Nicholas A. DiDomenico on behalf of Creditor First Commonwealth Bank
ndidomenico@lenderlaw.com

Alexandra Teresa Garcia on behalf of Creditor HOUSEHOLD FINANCE CONSUMER DISCOUNT COMPANY
ecfmail@mwc-law.com

Stephen J. Hanak on behalf of Debtor Michael D Vinsick
sjh@thedebtdoctors.com, hgs@thedebtdoctors.com;sls@legalhelpers.com;ssmith@maceybankruptcylaw.com

Matthew M. Herron on behalf of Attorney The Debt Doctors, LLC
mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;tmatiasic@yahoo.com

Matthew M. Herron on behalf of Debtor Michael D Vinsick
mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;tmatiasic@yahoo.com

Brian M. Kile on behalf of Creditor S&T Bank
bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com

Kasey Richard McGee on behalf of Creditor S&T Bank
kmcgee@grenenbirsic.com, mcupec@grenenbirsic.com;jgrzyb@grenenbirsic.com

Office of the United States Trustee,ustpregion03.pi.ecf@usdoj.gov

T. Lawrence Palmer on behalf of Creditor T. Lawrence Palmer Office of Attorney General, Pennsylvania Department of Revenue
lpalmer@attorneygeneral.gov, MarkSPalmerPC@aol.com

David W. Raphael on behalf of Creditor S&T Bank
draphael@grenenbirsic.com, mcupec@grenenbirsic.com;jgrzyb@grenenbirsic.com

Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

EXECUTED ON:  November 22, 2017          /s/David A. Colecchia, Esquire_____
                                         David A. Colecchia, Esq.
                                         Law Care
                                         David A. Colecchia and Associates
                                         324 S. Maple Ave.
                                         Greensburg, PA 15601
                                         724-837-2320
                                         PA ID 71830
                                         colecchia542@comcast.net