FILED
11/21/17 10:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Michael Vinsick, | Bankruptcy No. 10-22092-GLT |
| Debtor, | Chapter 13 |
| Michael Vinsick, | Related to Dkt. No. 215 |
| Movant, | |
| v. | Response deadline: November 13, 2017 |
| | Hearing Date: November 22, 2017 |
| | at 9:30 AM, CR A |
| Academy Collection Service, Inc. | |
| AES AES/PHEAA AllianceOne | |
| American Education Services | |
| American Express Cach LLC, Caliber Home Loans | |
| Capital Management Services | |
| Capital One Bank Capital One Bank | |
| (USA), N.A. by American Infosource | |
| Lp As Agent Community Bank | |
| CR Evergreen, LLC Credit Control, LLC | |
| Department of Community & Economic | |
| Development ECMC Ethan & Associates | |
| Fayette County Tax Claim Bureau | |
| First Commonwealth Bank | |
| c/o McGrath Law Group, P.C. | |
| First Commonwealth Bank | |
| Frazier SD/Perry Twp | |
| Southwest Regional Tax Bureau | |
| c/o Donald J. McCue, Esq. | |
| GE Capital Financial Inc. GE Money | |
| Bank, Greene County Messenger | |
| Greene County Tax Claim Bureau | |
| HSBC Mortgage Services | |
| Jefferson Capital Systems LLC | |
| Law Office of Harrison Ross Byck, Esq. | |
| Law Office of James A West, P.C. | |
| Law Office of Richard Clark, PLLC | |
| Linebarger Goggan Blair & Sampson | |
| LVNV Funding LLC McCarthy, Burgess | |
| & Wolff Midland Funding LLC | |
| by American InfoSource LP as agent | |
| MX Energy National City Bank | |

National Enterprise Systems
Northland Group Northstar
Location Services Nudelman, Nudelman
& Ziering Observer Publishing Company
PA Dept of Community & Economic Developm
Penn Credit Corporation Pennsylvania
Department of Revenue PNC BANK
PNC Bank, National Association
c/o Nadia Bonsignore
Portfolio Investments I LLC
c/o Recovery Management Systems Corp
Portfolio Recovery Associates, LLC.
Protocol Recovery Service, Inc.
Recovery Management Systems Corporation
Redline Recovery Services, LLC
S&T Bank Vericrest Financial, Inc.
FKA the CIT Group
Wells Fargo Bank Wells Fargo Bank,
N.A. Weltman Weinberg & Reis, Co.
Wheeling Hospital Wilshire Credit
Corporation, Ronda Winnecour Chapter
13 Trustee, Office of the United States Trustee,
       Respondents,

## MODIFIED DEFAULT ORDER

AND NOW, this 21st day of November, 2017, upon consideration of Debtors' Motion to Re-Open Bankruptcy and add Caliber Home Loans to the matrix for service purposes, it is hereby ORDERED that Debtors' Motion is GRANTED. The above-captioned bankruptcy case is hereby re-opened, and this Court re-asserts jurisdiction over this matter, limited to the filing and prosecution of the adversary complaint attached to this motion as Exhibit A by the Debtor and any other issues related thereto.

The Debtor shall file their action on or before **December 5, 2017**. If no timely action is commenced, this case can be reclosed.

Prepared by: David A. Colecchia, Esq.

DEFAULT ENTRY

Dated: November 21, 2017

Gregory L. Addonio    cgt
United States Bankruptcy Judge

Movant shall serve a copy of this Order on respondent(s), their counsel, the Trustee and U.S. Trustee. Movant shall file a certificate of service within 3 days hereof.

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael D Vinsick
    Debtor

Case No. 10-22092-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: dkam    Page 1 of 1    Date Rcvd: Nov 21, 2017
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2017.
db    +Michael D Vinsick,   228 Nemacolin Road,   Carmichaels, PA 15320-1124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2017     Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2017 at the address(es) listed below:

    Alexandra Teresa Garcia    on behalf of Creditor    HOUSEHOLD FINANCE CONSUMER DISCOUNT COMPANY ecfmail@mwc-law.com
    Andrew F Gornall    on behalf of Creditor    Deutsche Bank National Trust Company, Et. al. agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
    Brian M. Kile    on behalf of Creditor    S&T Bank bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
    David A. Colecchia    on behalf of Debtor Michael D Vinsick colecchia542@comcast.net, dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us
    David W. Raphael    on behalf of Creditor    S&T Bank draphael@grenenbirsic.com, mcupec@grenenbirsic.com
    Hilary B. Bonial    on behalf of Creditor    HSBC Mortage Services notice@bkcylaw.com
    Kasey Richard McGee    on behalf of Creditor    S&T Bank kmcgee@grenenbirsic.com, mcupec@grenenbirsic.com;jgrzyb@grenenbirsic.com
    Marisa Myers Cohen    on behalf of Creditor    Household Finance Consumer Discount Company mcohen@mwc-law.com
    Matthew M. Herron    on behalf of Attorney    The Debt Doctors, LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com
    Matthew M. Herron    on behalf of Debtor Michael D Vinsick mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com
    Nicholas A. DiDomenico    on behalf of Creditor    First Commonwealth Bank ndidomenico@lenderlaw.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
    Sherri J. Braunstein    on behalf of Creditor    Vericrest Financial Inc. f/k/a The CIT Group/Sales Financing Inc. as Servicer for The Bank of New York Mellon f/k/a The Bank of New York on behalf of CIT Mortgage Loan Trust 2007-1    pawb@fedphe.com, sherri.braunstein@phelanhallinan.com
    Stephen J. Hanak    on behalf of Debtor Michael D Vinsick sjh@thedebtdoctors.com, hgs@thedebtdoctors.com;sls@legalhelpers.com;ssmith@maceybankruptcylaw.com
    T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer Office of Attorney General, Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov, MarkSPalmerPC@aol.com
    TOTAL: 16