# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Michael D. Vinsick<br><br>Debtor(s)<br><br>Michael D. Vinsick,<br><br>        Plaintiff,<br><br>v.<br><br>Caliber Home Loans,<br><br>        Defendant. | Bankruptcy No. 10-22092-GLT<br>Chapter 13<br><br>Adversary No. 17-02236-GLT<br><br>**NOTICE OF APPEARANCE** |

    Kindly enter the appearance of John E. Joseph, Esquire of the law firm of McGuireWoods LLP, in the above-captioned action on behalf of Caliber Home Loans, Inc.

    The foregoing attorney requests to be added to the electronic service list in this action.

Dated:  December 21, 2017            Respectfully submitted,

                                             By:    */s/     John E. Joseph*
                                                      John E. Joseph
                                                      McGuireWoods LLP
                                                      Tower Two-Sixty
                                                      260 Forbes Avenue
                                                      Suite 1800
                                                      Pittsburgh, Pennsylvania 15222
                                                      T: 412 667 6018
                                                      F: 412 402 4185
                                                      jejoseph@mcguirewoods.com

                                                      *Counsel for Caliber Home Loans, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2017, a true and exact copy of the foregoing was filed with the Court using the CM/ECF system, which will automatically notify and serve all counsel of record.

*/s/     John E. Joseph*
John E. Joseph